## AFFIRMATION

### Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding **CONSENT JUDGMENT** filed in District Court does not contain the social security number of any person.

DATED this _____ day of _____, 2009.

SUBMITTED BY:

CATHERINE CORTEZ MASTO
Attorney General

By: _____
ERNEST D. FIGUEROA
Chief Deputy Attorney General
Nevada Bar No. 006295
100 North Carson Street
Carson City, Nevada 89701
775-684-1197
Attorneys for Plaintiffs, State of Nevada

28